## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION


**JBM, INC. d/b/a BLUEGRASS**
     **SATELLITE & SECURITY,**

       **Plaintiff,**

     **vs.**

**NATIONAL PRODUCTION WORKERS**
     **UNION, LOCAL 707,**

       **Defendant.**

**Case No. C2-03-1158**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Terence P. Kemp**


## ORDER

Plaintiff's unopposed Motion to Dismiss the above-captioned case is hereby **GRANTED**.

The Clerk is directed to remove this case from the Court's pending cases and motions lists.


     **IT IS SO ORDERED.**


_____8-28-2007_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**